UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br>   Plaintiff,<br> v.<br>LASHIFY STUDIO LLC, et al.,<br>   Defendants. | Case No. 21-cv-08089-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br>Re: ECF No. 32 |

  Plaintiff Paul Reiffer has filed a notice of settlement. ECF No. 32. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

  This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

  **IT IS SO ORDERED**.

Dated: June 27, 2022

                 _____
                 JON S. TIGAR
                United States District Judge